# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **George Blackmon** | CASE NO.: 24-11524-amc |
| Debtor | HEARING DATE: 11/6/2024<br>TIME: 11:00am |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY
### EFFECTIVE DECEMBER 23, 2024.

**AND NOW**, this __13th__ day of __November__, **2024**, upon the Motion of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VIII-C ("Movant") for relief from the Automatic Stay

**ORDERED THAT:** Relief is granted from the automatic stay provisions of **<u>11 U.S.C. § 362(a)</u>** **<u>EFFECTIVE DECEMBER 23, 2024</u>** to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 2032 Wilder St, Philadelphia, PA 19146 (the **"Mortgaged Premises"**); to name the Debtor and Co-Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

**ORDERED THAT:** The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  **Rule 4001(a)(3)** is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay **Effective December 23, 2024**.

_____
**Ashely M. Chan, USBJ**